IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTON JOHNSON<br>    *Petitioner*, | : | |
| v. | : | CIVIL ACTION<br>NO. 19-4313 |
| ROBERT GILMORE; THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE, PA.; and, THE ATTORNEY GENERAL OF STATE OF PENNSYLVANIA<br>    *Respondents*. | :<br><br>: | |

## **ORDER**

AND NOW, this 16th day of October 2019, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Motion for Stay and Abeyance (ECF No. 3), and United States Magistrate Judge David R. Strawbridge's Report and Recommendation (ECF No. 7), it is hereby ORDERED as follows:

(1) The Report and Recommendation (ECF No. 7) is APPROVED and ADOPTED;

(2) Petitioner's Motion for Stay and Abeyance (ECF No. 3) is GRANTED; and,

(3) Petitioner shall notify the Court within sixty (60) days after the conclusion of the state court proceedings (including the conclusion of any appellate proceedings related thereto) that his case is ready to proceed in this Court.

BY THE COURT:

/s/ C. Darnell Jones, II     J.