# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTON JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-4313 |
| | : | |
| ROBERT GILMORE, THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE, PA., THE ATTORNEY GENERAL OF STATE OF PENNSYLVANIA | : : : : : | |

# ORDER

**AND NOW**, this 10th day of March 2023, upon considering the Petition for a writ of habeas corpus (ECF Doc. No. 1), Petitioner's Notice (ECF Doc. No. 16), the Response (ECF Doc. No. 22), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 1) with prejudice;

2. We find no basis for an evidentiary hearing;

3. We **DENY** a certificate of appealability; and,

4. The Clerk of Court shall **close** this case.

*[signature]*
**KEARNEY, J.**